043043/19344/JNR/BJC

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DANA BROWN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., DR. KURT OSMUNDSON, NURSE EDWARDS, and JANE DOE,<br><br>　　　　　Defendants. | Case Number  17-cv-4284<br><br>Judge Joe Billy McDade   Magistrate Judge Jonathan E. Hawley |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC., and DR. KURT OSMUNDSON, by and through their attorney, Brent J. Colbert of CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 6(b), hereby move for an Extension of Time, stating as follows:

1. Defendants Wexford and Dr. Osmundson returned waiver of service on October 27, 2017 and October 30, 2017, respectively. [d/e 6, 7].

2. Defendants' responsive pleading is due December 18, 2017. [d/e 6, 7].

3. The undersigned needs additional time to confer with Defendants to prepare a responsive pleading. Further, the undersigned anticipates representing Defendant Edwards, but has not yet had opportunity to confer.

4. Thus, Defendants request an extension of time, up to and including January 17, 2018, to file their responsive pleading.

5. This motion is made in good faith and not for purposes of undue delay.

6. Plaintiff's counsel has no objection to this extension.

WHEREFORE, for the above reasons, Defendants, WEXFORD HEALTH SOURCES, INC. and DR. KURT OSMUNDSON, respectfully request this Honorable Court grant their Motion for Extension of Time or such further relief deemed appropriate.

    Respectfully submitted,

    CASSIDAY SCHADE LLP

    By: /s/ Brent J. Colbert
        One of the Attorneys for Defendant,
        WEXFORD HEALTH SOURCES, INC. and
        DR. KURT OSMUNDSON,

Brent J. Colbert
ARDC No. 6312563
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
bcolbert@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of E-Filing" to the following:

Daniel P. Kiss – dankiss@meyerkiss.com

Louis J. Meyer – louismeyer@meyerkiss.com

/s/ Brent J. Colbert

8732980 BCOLBERT;BCOLBERT